IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MODESTO SEGURA, Individually and as The Estate Representative of LAURA SEGURA | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:24-CV-00376 JUDGE MICHAEL J. TRUNCALE |
| VS. | § § | |
| UNITED STATES POSTAL SERVICE and UNITED STATES OF AMERICA | § § § | |
| *Defendants.* | § § | |

## ACKNOWLEDGEMENT OF NOTICE OF DISMISSAL WITH PREJUDICE

The Court has received Plaintiff's Notice of Dismissal with Prejudice filed in the above-styled matter. [Dkt. 22]. Plaintiff previously advised the Court this matter had settled and now files this Notice of Dismissal with Prejudice dismissing all claims with prejudice filed against Defendants in this matter.

Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of this notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of December, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge